DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PRESTIGE 2501 SEA ISLAND, LLC,**
Appellant,

v.

**JAI MOTWANI** and **JESSICA MOTWANI,**
Appellees.

No. 4D2022-3232

[November 15, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Jeffrey R. Levenson, Judge; L.T. Case No. CACE21-014608 (09).

Justin B. Kaplan of Nelson Mullins Riley & Scarborough, LLP, Miami, for appellant.

Elliot B. Kula and William D. Mueller of Kula & Associates, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed. See Fla. Inv. Grp. 100, LLC v. Lafont*, 271 So. 3d 1 (Fla. 4th DCA 2019).

MAY, LEVINE and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***